JPML FORM 1A  p. 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Lit.

| Date | Pldg. | Pleading Description |
|---|---|---|
| 88/08/05 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-22), CERT. OF SERVICE -- pltfs. Robert P. Lubin, et al. -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF CALIFORNIA (cds) |
| 88/08/16 | | APPEARANCES: WILLIAM NEVITT, JR., ESQ. for Sybedon Corp., Edwin J. Glickman, Bertram Lewis, and Mitchell Davis; MICHAEL J. AGUIRRE, ESQ. for Robert Lubin, et al.; ROGER J. HAWKE, ESQ. for National Union Fire Ins. Co. of Pittsburgh, PA; DONALD M. WESSLING, ESQ. for Prudential-Bache; MICHAEL C. KELLEY, ESQ. for Proskauer Rose Goetz & Mendelsohn; CHARLES S. HAUGHEY, JR., ESQ. for Wilrock Appraisal & Consulting Inc. (cds) |
| 88/08/17 | | HEARING ORDER -- setting motion to transfer for Panel hearing on September 29,1988, Wash., D.C. (ds) |
| 88/08/17 | 2 | NOTICE OF 2 RELATED ACTIONS -- Signed by Richard L. Gold, counsel for various defendants (cds) |
| 88/08/26 | 3 | RESPONSE (to pldg. #1), w/Exhibits A-D, and Memorandum -- National Union Fire Insurance Co. of Pittsburgh, Pa. -- w/cert. of service (cds) |
| 88/08/26 | | AMENDMENT TO HEARING ORDER dtd. August 17, 1988 correcting Civil Action Numbers in A-12,A-15 and A-17 for hearing on for September 29, 1988, Wash., D.C. -- Notified involved counsel (ds) |
| 88/09/01 | 4 | REPLY MEMORANDUM AND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO TRANSFER -- (pltf. A-1 and deft. A-2) Robert P. Lubin, et al. -- w/exhibits 1 thru 7 (ds) |
| 88/09/08 | 5 | LETTER -- advising the Panel of related actions w/cert. of svc. (ds) |
| 88/09/28 | 6 | NOTICE OF RELATED ACTIONS -- National Union Fire Insurance Co. of Pittsburgh, Pa. v. Elizabeth M. Toppino, S.D.N.Y., 88-Civ-6562(JMW) and National Union Fire Insurance Co. of Pittsburgh, Pa. v. John L. Sagers, S.D.N.Y., C.A. No. 88-Civ-6563(JMW) -- filed by defts. Vincent Anku, et al. w/svc. (ds) |
| 88/09/29 | | ALL WAIVED ORAL ARGUMENT -- (hearing on 9/29/88 in Wash., D.C.) (rh) |

p. 2

783      In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

| Date | Doc# | Entry |
|---|---|---|
| 88/10/24 | | CONSENT OF TRANSFEREE DISTRICT -- consenting to the assignment of litigation to the Honorable William B. Enright for coordinated or consolidated pretrial proceedings, pursuant to 28 U.S.C. §1407  (ds) |
| 88/10/24 | | TRANSFER ORDER -- transferring A-2 thru A-22 to the Southern District of California for pretrial proceedings, pursuant to 28 U.S.C. §1407 -- Notified involved clerks, judges, counsel and misc. recipients.  (ds) |
| 88/11/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-23 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Clifford L. Duke, et al., S.D.,N.Y., #88-Civ-4930; B-24 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Bryan Gerstel, S.D.,N.Y., #88-Civ-4931; B-25 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert E. Boyer, S.D.,N.Y., #88-Civ-5074; B-26 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Harold Mildenberger, S.D.,N.Y., #88-Civ-5485; B-27 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Hunt, S.D.,N.Y., #88-Civ-5486; B-28 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Elizabeth M. Toppino, S.D.,N.Y., #88-Civ-6562; B-29 National Union Fire Insurance Co. of Pittsburgh, Pa. v. John L. Sagers, S.D.,N.Y., #88-Civ-6563; B-30 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert G. Finney, S.D.,N.Y., #88-Civ-6653; B-31 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Peter J. Kanavos, et al., S.D.,N.Y., #88-Civ-7048; B-32 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Glen F. Santmire, S.D.,N.Y., #88-Civ-7051 and B-33 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Wilson, S.D.,N.Y., #88-Civ-7258 -- Notified involved counsel and judges (rh) |
| 88/11/23 | 7 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in B-32 National Union Fire Ins. Co. of Pittsburgh, Pa. v. Glenn F. Santmire, S.D. New York, C.A. No. 88-Civ-7051 -- w/cert. of service  (cds) |
| 88/11/23 | 8 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in B-29 National Union Fire Ins. Co. of Pittsburgh, Pa. v. John L. Sagers, S.D. New York, C.A. No. 88-Civ-6563 -- w/cert. of service  (cds) |

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Lit.

| | | | | |
|---|---|---|---|---|
| 88/12/01 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-23 thru B-28 and B-31 and B-32 listed below. Notified involved clerks and judges. (ds) | | |
| | B-23 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Clifford L. Duke, et al. | N.Y.,S. Walker | 88-Civ-493 |
| | B-24 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Bryan R. Gerstel | N.Y.,S. Walker | 88-Civ-493 |
| | B-25 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert E. Boyer | N.Y.,S. Walker | 88-Civ-507 |
| | B-26 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Harold Mildenberger | N.Y.,S. Walker | 88-Civ-548 |
| | B-27 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Hunt | N.Y.,S. Walker | 88-Civ-548 |
| | B-28 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Elizabeth M. Toppino | N.Y.,S. Walker | 88-Civ-656 |
| | B-31 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Peter J. Kanavos, et al. | N.Y.,S. Walker | 88-Civ-704 |
| | B-33 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Wilson | N.Y.,S. Walker | 88-Civ-725 |

| | | |
|---|---|---|
| 88/12/02 | 9 | REQUEST FOR EXTENSION OF TIME TO FILE MOTION/BRIEF TO VACATE CTO -- filed by National Union Fire Insurance co. of Pittsburgh, Pa. -- EXTENSION FOR MOTION/BRIEF TO VACATE CTO EXTENDED TO AND INCLUDING DECEMBER 21, 1988 -- Notified involved counsel (ds) |
| 88/12/13 | | HEARING ORDER -- setting opposition of plaintiff National Union Fire Insurance Co. of Pittsburgh, Pa. to transfer B-29 and B-32 for Panel hearing on January 26, 1989 in Phoenix, Ariz. (ds) |

JPML FORM 1A

p. 4

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/12/22 | 10 | MOTION/BRIEF TO VACATE CTO'S -- B-29 National Union Fire Insurance Co. of Pittsburgh, Pa. v. John L. Sagers, S.D.N.Y., C.A. No. 88-CIV-6563 and B-32 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Glenn F. Santmire, S.D.N.Y., C.A. No. 88-CIV-7051 -- filed by pltfs. National Union Fire Insurance Co. of Pittsburgh w/cert. of svc. (ds) |
| 89/01/10 | 11 | RESPONSE -- (to pldg. #10) Glenn F. Santmire and John L. Sagers -- w/cert. of svc. (rh) |
| 89/01/25 | | WAIVERS OF ORAL ARGUMENT (for January 26, 1989 hearing, Phoenix, Arizona) -- ALL PARTIES WAIVED (ds) |
| 89/02/01 | | TRANSFER ORDER -- transferring B-29 National Union Fire Insurance Co. of Pittsburgh, Pa. v. John L. Sagers, S.D. New York, C.A. No. 88 Civ. 6563; B-32 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Glenn F. Santmire, S.D. New York, C.A. No. 88 Civ. 7051 -- Notified involved clerks, judges and counsel. (ds) |
| 90/02/06 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-34 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Sidney Friedlander, et al., S.D. New York, C.A. No. 88-Civ-7470 -- Notified involved counsel and judges (rh) |
| 90/02/22 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-34 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Sidney Friedlander, et al., S.D. New York, C.A. No. 88-Civ-7470 -- Notified involved judges and clerks (cds) |
| 90/04/19 | 12 | **(Ref. MDL-848 Pldg. No. 1)** MOTION, BRIEF, EXHIBIT of five plaintiffs in five Southern California MDL-848 actions for transfer of all actions (30) in MDL-783 and 8 Northern Illinois actions included in MDL-747 for transfer to the Southern District of California. MDL-848 set for hearing 5/31/90 om Sioux Falls, South Dakota. **SEE MDL-848 FOR FUTHER ENTRIES.** (rew) |

JPML Form 1

Revised: 8/78

DOCKET NO. 783 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| Sept. 29, 1988 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | Oct. 24, 1988 | TO | Unpublished | S.D. California #974 | William B. Enright | |

Special Transferee Information

DATE CLOSED: 12/4/91

JPML FORM 1            LISTING OF INVOLVED ACTIONS    S.D. California
                                                                                   Judge William B. Enright

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert P. Lubin, et al. v. Sybedon Corporation, et al. | Cal.,S. Enright | 87-1844-E(IEG) | | | | |
| A-2 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert Lubin | N.Y.,S. Walker | 88-Civ-4665 | 10/24/88 | 88-1671 | Remanded 12/4/91 | Remanded 3/26/93 (A-2 through A-9) to SDNY |
| A-3 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Vincent Anku | N.Y.,S. Walker | 88-Civ-4783 | 10/24/88 | 88-1672 | | |
| A-4 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. David Clitherow | N.Y.,S. Walker | 88-Civ-4666 | 10/24/88 | 88-1673 | | |
| A-5 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Paul Ferandell, et al. | N.Y.,S. Walker | 88-Civ-4667 | 10/24/88 | 88-1674 | | |
| A-6 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Marie K. Mero | N.Y.,S. Walker | 88-Civ-4671 | 10/24/88 | 88-1675 | | |
| A-7 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Michael Jarcho, et al. | N.Y.,S. Walker | 88-Civ-4909 | 10/24/88 | 88-1676 | | |
| A-8 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Arthur D. Indianer, et al. | N.Y.,S. Walker | 88-Civ-4908 | 10/24/88 | 88-1677 | | |
| A-9 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edward Graham | N.Y.,S. Walker | 88-Civ-4963 | 10/24/88 | 88-1678 | | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-10 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Alex Friedlaender, etc. | N.Y.,S. Walker | 88-Civ-4964 | 10/24/88 | 88-1679 | | |
| A-11 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Luppi | N.Y.,S. Walker | 88-Civ-4960 | 10/24/88 | 88-1680 | | |
| A-12 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Donald Davis | N.Y.,S. Walker | 88-Civ-5073 | 10/24/88 | 88-1681 | terminated 12/4/91 | Remanded 3/24/93 (A-10 through A-19) NN US v SDNY |
| A-13 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Charles W. Kauffman, et al. | N.Y.,S. Walker | 88-Civ-4669 | 10/24/88 | 88-1682 | | |
| A-14 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edgar A. Lucidi, et al. | N.Y.,S. Walker | 88-Civ-4670 | 10/24/88 | 88-1683 | | |
| A-15 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Stuart Zimmerman | N.Y.,S. Walker | 88-Civ-4966 | 10/24/88 | 88-1684 | 11/30/88D | |
| A-16 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Steven Funk | N.Y.,S. Walker | 88-Civ-4968 | 10/24/88 | 88-1685 | 11/30/88D | |
| A-17 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edgar S. Everhart | N.Y.,S. Walker | 88-Civ-4905 | 10/24/88 | 88-1686 | terminated | |
| A-18 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert D. Kaufman | N.Y.,S. Walker | 88-Civ-4906 | 10/24/88 | 88-1687 | terminated 12/4/91 | |
| A-19 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Bierman, et al. | N.Y.,S. Walker | 88-Civ-4907 | 10/24/88 | 88-1688 | | (8) |

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-20 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. William L. Catron | N.Y.,S. Walker | 88-Civ-4969 | 10/24/88 | 88-1689 | 12/4/91 D | |
| A-21 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. James M. Rifkin | N.Y.,S. Walker | 88-Civ-4967 | 10/24/88 | 88-1690 | 12/4/91 D | |
| A-22 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Fabian Breux | N.Y.,S. Walker | 88-Civ-4965 | 10/24/88 | 88-1692 | 11/30/88 D | |
| B-23 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Clifford L. Duke, et al. 11-15-88 | N.Y.,S. Walker | 88-Civ-4930 | 12/1/88 | 88-1854 E (JEG) | | Remanded 3/26/93 (A-20 through B-29) to SDNY |
| B-24 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Bryan R. Gerstel 11-15-88 | N.Y.,S. Walker | 88-Civ-4931 | 12/1/88 | 88-1855 E (JEG) | | |
| B-25 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert E. Boyer 11-15-88 | N.Y.,S. Walker | 88-Civ-5074 | 12/1/88 | 88-1856 E (JEG) | | |
| B-26 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Harold Mildenberger 11-15-88 | N.Y.,S. Walker | 88-Civ-5485 | 12/1/88 | 88-1857 E (JEG) | Remanded 12/4/91 | |
| B-27 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Hunt 11-15-88 | N.Y.,S. Walker | 88-Civ-5486 | 12/1/88 | 88-1858 E (JEG) | | |
| B-28 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Elizabeth M. Toppino 11-15-88 | N.Y.,S. Walker | 88-Civ-6562 | 12/1/88 | 88-1859 E (JEG) | | |
| B-29 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. John L. Sagers 11-15-88 | N.Y.,S. Walker | 88-Civ-6563 | 2/1/89 | 89-215 E | | |
| B-30 | opposed 11/23/88 National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert G. Finney 11-15-88 | N.Y.,S. Walker | 88-Civ-6658 | | | Settled prior to Transfer | ⑦ |

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-31 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Peter J. Kanavos, et al. 11-15-88 | N.Y.,S. Walker | 88-Civ-7048 | 12/1/88 | 88-1860 | 12/4/91 ▷ | Remanded 3/26/93 to S.D.NY |
| B-32 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Glenn F. Santmire 11-15-88 Opposed 11/23/88 | N.Y.,S. Walker | 88-Civ-7051 | 2/1/89 | 89-216 E | terminated | Remanded 3/26/93 to S.D.NY |
| B-33 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Wilson 11-15-88 | N.Y.,S. Walker | 88-Civ-7258 | 12/1/88 | 88-1861 | ▷ | Remanded 3/26/93 to S.D.NY |
| | July 1989 - 31 TR/1 XY2/3 Die/29 Pending | | | | | | |
| C-34 | National Union Fire Insurance Co. of Pittsburgh, Pa. v. Sidney Friedlander, et al. 2-6-90 | N.Y.,S. Leisure | 88-Civ-7470 | 2/22/90 | 90-249-E | | ④ |

July 1990 - 1 TR/30 Pending
July 1991 - Same
July 1992 - Litigation Closed 12/4/91

3/26/93 - A-1 through B-33 REMANDED to S.D.N.Y.

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

---

ROBERT P. LUBIN, ET AL. (A-1)
  (also deft. in A-2)
Michael J. Aguirre, Esq.
Patricia A. Meyer, Esq.
Aguirre & Meyer
1060 Eighth Avenue, Suite 300
San Diego, CA  92101

NATIONAL UNION FIRE INSURANCE COMPANY
  OF PITTSBURGH, PA  (A-2 - A-22)
  (also deft. in A-1)
Robert J. Perry, Esq.
Perry & Windels
80 Broad Street, Fifth Floor
New York, New York  10004

PRUDENTIAL-BACHE SECURITIES, INC.
PRUDENTIAL-BACHE PROPERTIES, INC.
Donald M. Wessling, Esq.
O'Melveny & Myers
400 South Hope Street
Los Angeles, CA  90071-2899

PROSKAUER ROSE GOETZ & MENDELSOHN
Michael C. Kelley, Esq.
Sidley & Austin
2049 Century Park East
Suite 3500
Los Angeles, CA  90067

WILROCK APPRAISAL & CONSULTING, INC.
Charles S. Haughey, Jr., Esq.
Kinkle, Rodiger & Spriggs
1620 Fifth Avenue, #900
San Diego, CA  92101

SYBEDON CORPORATION
EDWIN J. GLICKMAN
BERTRAM LEWIS
MITCHELL DAVIS
William R. Nevitt, Jr., Esq.
701 "B" Street, Suite 1550
San Diego, CA  92101

CHRISTOPHER D. SICKELS
CDS-GRANT ASSOCIATES
CDS-GRANT CORPORATION
CDS LODGING PROPERTIES, INC.
(NO APPEARANCE RECEIVED)
Donald McGrath, II, Esq.
John D. Hershberger, Esq.
Baker & McKenzie
101 West Broadway, Suite 1200
San Diego, CA  92101

PANNELL KERR FORSTER
(NO APPEARANCE RECEIVED)
Michael D. Dempsey, Esq.
Shea & Gould
1800 Avenue of the Stars, Suite 500
Los Angeles, CA  90067

HOME FEDERAL SAVINGS & LOAN

Michael J. Weaver, Esq.
Timothy B. Taylor, Esq.
Sheppard, Mullin, Richter & Hampton
701 B Street, 10th Floor
San Diego, CA  92101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Litigation

| | |
|---|---|
| LAVENTHOL & HORWATH<br><br>Peter H. Benzian, Esq.<br>Mark W. Smith, Esq.<br>Latham & Watkins<br>701 B Street, Suite 2100<br>San Diego, CA 92101<br><br>VINCENT ANKU<br>DAVID CLITHEROW<br>PAUL FERANDELL<br>E. ELAINE FERANDELL<br>MARIE K. MERO<br>MICHAEL JARCHO<br>JUDITH JARCHO<br>ARTHUR D. INDIANER<br>SIMON S. INDIANER<br>EDWARD GRAHAM<br>ALEX FRIEDLAENDER, TRUSTEE<br>   FOR LIVING TRUST<br>ROBERT W. LUPPI<br>DONALD DAVIS<br>CHARLES W. KAUFFMAN<br>CAROL A. KAUFFMAN<br>EDGAR A. LUCIDI<br>ROSE MARIE LUCIDI<br>STUART ZIMMERMAN<br>STEVEN FUNK<br>EDGAR S. EVERHART<br>ROBERT D. KAUFMAN<br>RAYMOND E. BIERMAN<br>MARILYNN T. BIERMAN<br>WILLIAM L. CATRON<br>JAMES M. RIFKIN<br>FABIAN BREUX<br><br>Richard Gold, Esq.<br>Sylvor, Schneer, Gold & Morelli<br>605 Third Avenue<br>New York, NY 10158 | NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA. (B-23 - B-33)<br>Brown & Wood<br>(Already Listed)<br><br>CLIFFORD L. DUKE (Deft. in B-23)<br>MARY H. DUKE (Deft. in B-23)<br>BRYAN R. GERSTEL (Deft. in B-24)<br>ROBERT E. BOYER (Deft. in. B-25)<br>James G. Simms, Esq.<br>415 Madison Avenue<br>Suite 700<br>New York, New York 10017<br><br>HAROLD MILDENBERGER (Deft. in B-26)<br>ROBERT W. HUNT (Deft. in B-27)<br>ELIZABETH M. TOPPINO (Deft. in B-28)<br>JOHN L. SAGERS (Deft. in B-29)<br>PETER J. KANAVOS (Deft. in B-31)<br>ALICE KANAVOS (Deft. in B-31)<br>GLENN F. SANTMIRE (Deft. in B-32)<br>RAYMOND E. WILSON (Deft. in B-33)<br>Richard L Gold, Esq.<br>(Already Listed)<br><br>ROBERT G. FINNEY (Deft. in B-30)<br>Hughes, Hubbard & Reed<br>330 Madison Avenue<br>New York, New York 10017<br><br>SIDNEY FRIEDLANDER (Deft. in C-43)<br>DOROTHY B. FRIEDLANDER (Deft. in C-34)<br>Richard L. Gold, Esq.<br>(Already Listed) |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Lit.

| Name of Party | Named as Party in Following Actions |
|---|---|
| Sybedon Corp. | A-1 |
| Bertram Lewis | A-1 |
| Edwin J. Glickman | A-1 |
| Mitchell Davis | A-1 |
| Prudential-Bache Securities, Inc. | A-1 |
| Prudential-Bache Properties, Inc. | A-1 |
| Christopher D. Sickels | A-1 |
| CDS-Grant Associates | A-1 |
| CDS-Grant Corp. | A-1 |
| CDS Lodging Properties, Inc. | A-1 |
| Pannell Kerr Forester | A-1 |

| | |
|---|---|
| Wilrock Appraisal & Consulting, Inc. | A-1 |
| Proskauer, Rose, Goetz & Mendelsohn | A-1 |
| Home Federal Savings & Loan | A-1 |
| Laventhol & Horwath | A-1 |
| National Union Fire Ins. Co. of Pittsburgh, PA | A-1 |
| Robert Lubin | A-2 |
| Vincent Anku | A-3 |
| David Clitherow | A-4 |
| Paul Ferandell | A-5 |
| E. Elaine Ferandell | A-5 |
| Marie K. Mero | A-6 |

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 783 -- In re U.S. Grant Hotel Associates, Ltd. Securities Lit.

| Name of Party | Named as Party in Following Actions |
|---|---|
| Michael Jarcho | A-7 |
| Judith Jarcho | A-7 |
| Arthur D. Indianer | A-8 |
| Simon S. Indianer | A-8 |
| Edward Graham | A-9 |
| Alex Friedlaender, Trustee for Living Trust | A-10 |
| Robert W. Luppi | A-11 |
| Donald Davis | A-12 |
| Charles W. Kauffman | A-13 |
| Carol A. Kauffman | A-13 |
| Edgar A. Lucidi | A-14 |

| | |
|---|---|
| Rose Marie Lucidi | A-14 |
| Stuart Zimmerman | A-15 |
| Steven Funk | A-16 |
| Edgar S. Everhart | A-17 |
| Robert D. Kaufman | A-18 |
| Raymond E. Bierman | A-19 |
| Marilynn T. Bierman | A-19 |
| William L. Catron | A-20 |
| James M. Rifkin | A-21 |
| Fabian Breux | A-22 |
| Clifford L. Duke | B-23 |
| Mary H. Duke | B-23 |
| Bryan T. Gerstel | B-24 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 783 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Robert E. Boyer | B-25 |
| Harold Mildenberger | B-26 |
| Robert W. Hunt | B-27 |
| Elizabeth M. Toppino | B-28 |
| John L. Sagers | B-29 |
| Robert G. Finney | B-30 |
| Peter J. Kanavos | B-31 |
| Alice Kanavos | B-31 |
| Glenn F. Santmire | B-32 |
| Raymond E. Wilson | B-33 |
| Sidney Friedlander | C-34 |
| Dorothy B. Friedlander | C-34 |