DOCKET NO. 783

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE U.S. GRANT HOTEL ASSOCIATES, LTD., SECURITIES LITIGATION

TRANSFER ORDER

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED
OCT 24 1988
PATRICIA D. HOWARD
CLERK OF THE PANEL

This litigation consists of 22 actions pending in two federal districts: 21 actions in the Southern District of New York and one action in the Southern District of California. Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, by the California plaintiffs and New York defendants (some of whom are plaintiffs in the California action) to centralize these actions in the Southern District of California for coordinated or consolidated pretrial proceedings. National Union Fire Insurance Company of Pittsburgh, Pa. (National Union), a defendant in the California action and the sole plaintiff in each New York action, opposes the motion. Alternatively, if the Panel deems centralization appropriate, National Union asks that the Panel grant the Section 1407 motion only with respect to those New York actions brought against individuals who are also named plaintiffs in the California action.

On the basis of the papers filed,[1/] the Panel finds that these actions involve common questions of fact and that centralization will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share questions of fact arising out of the sale of limited partnership interests in U.S. Grant Hotel Associates, Ltd. Centralization under Section 1407 is desirable in order to avoid duplication of discovery, prevent inconsistent pretrial rulings and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Southern District of California is the appropriate transferee forum for this litigation in light of the facts that i) the first-filed action was brought there; ii) the U.S. Grant Hotel is located within this California district; and iii) a majority of parties, witnesses and documents is located there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in the Southern District of New York be, and the same hereby are, transferred to the Southern District of California and, with the consent of that court, assigned to the Honorable William B. Enright for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*
Andrew A. Caffrey
Chairman

---

[1/] The parties waived oral argument and accordingly the question of transfer of these actions was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

SCHEDULE A

MDL-783 -- In re U.S. Grant Hotel Associates, Ltd., Securities Litigation

Southern District of New York

National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert Lubin, C.A. No. 88-Civ-4665
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Vincent Anku, C.A. No. 88-Civ-4783
National Union Fire Insurance Co. of Pittsburgh, Pa. v. David Clitherow, C.A. No. 88-Civ-4666
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Paul Ferandell, et al., C.A. No. 88-Civ-4667
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Marie K. Mero, C.A. No. 88-Civ-4671
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Michael Jarcho, et al., C.A. No. 88-Civ-4909
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Arthur D. Indianer, et al., C.A. No. 88-Civ-4908
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edward Graham, C.A. No. 88-Civ-4963
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Alex Friedlaender, etc., C.A. No. 88-Civ-4964
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert W. Luppi, C.A. No. 88-Civ-4960
Union Fire Insurance Co. of Pittsburgh, Pa. v. Donald Davis, C.A. No. 88-Civ-5073
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Charles W. Kauffman, et al., C.A. No. 88-Civ-4669
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edgar A. Lucidi, et al., C.A. No. 88-Civ-4670
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Stuart Zimmerman, C.A. No. 88-Civ-4966
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Steven Funk, C.A. No. 88-Civ-4968
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Edgar S. Everhart, C.A. No. 88-Civ-4905
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Robert D. Kaufman, C.A. No. 88-Civ-4906
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Raymond E. Bierman, et al., C.A. No. 88-Civ-4907
National Union Fire Insurance Co. of Pittsburgh, Pa. v. William L. Catron, C.A. No. 88-Civ-4969
National Union Fire Insurance Co. of Pittsburgh, Pa. v. James M. Rifkin, C.A. No. 88-Civ-4967
National Union Fire Insurance Co. of Pittsburgh, Pa. v. Fabian Breux, C.A. No. 88-Civ-4965

Southern District of California

Robert P. Lubin, et al. v. Sybedon Corporation, et al., C.A. No. 87-1344-E(IEG)